**Order entered May 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00378-CR

**JEFFREY ALLEN STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-00780-R**

## ORDER

The supplemental clerk's record in this case is overdue. By order dated October 30, 2012, we directed the clerk to file a supplemental clerk's record within fifteen days containing copies of (1) the arraignment sheets, appointments of counsel, and motions to dismiss the prosecution filed in cause numbers F11-47300-R and F11-47301-R and (2) the trial court's criminal court fee docket sheet in cause number F11-00780-R. To date, the supplemental clerk's record has not been filed, and we have not received any correspondence regarding the status of the supplemental clerk's record in this case.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to prepare and file, within seven days of the date of this order, a supplemental clerk's record containing the above-mentioned documents. The supplemental clerk's records **SHALL ALSO INCLUDE** an

explanation of any abbreviations used to designate a particular fee, cost, or court appointed attorney fee in cause number F11-00780-R.

/s/    MICHAEL J. O'NEILL
PRESIDING JUSTICE